**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*ROBERT FRAZER*
*UNITED STATES ATTORNEY*

*Margaret Ann Mahoney*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Margaret.ann.mahoney@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2761*

October 21, 2026

**BY ECF**
Honorable Susan D. Wigenton, U.S. D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Kussainov v. Mullin,* No. 26-9367 (SDW)**
**Status Update and Extension Request**

Dear Judge Wigenton;

This Office represents Defendant, the United States, in the above captioned mandamus action filed by Plaintiff Dulat Kussainov, requesting this Court order the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's I-589, application for asylum. USCIS has informed this Office and Plaintiff that an asylum interview has been scheduled for Plaintiff on Monday, October 26, 2026. As a result, USCIS respectfully requests a 60-day extension so that Plaintiff may attend the interview and so that USCIS may adjudicate the matter. USCIS requests an extension until **December 16, 2026**. This is the first request for an extension to respond. Counsel for Plaintiff, Catherine Venable, Esq., concurs with this request.

Thank you for your attention to this matter and your consideration of this request.

SO ORDERED.
[signature]
Hon. Susan D. Wigenton
United States District Judge
Dated: October 23, 2026

Respectfully,

ROBERT FRAZER
United States Attorney

By: s/ Margaret Ann Mahoney
Margaret Ann Mahoney
Assistant United States Attorney

Cc: Counsel of record via ECF